UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**PRESTON GEORGE DEMOUCHET, JR. (#90331)**     CIVIL ACTION

**VERSUS**

**TERRI LYNN CANNON**     NO. 15-560-JJB-RLB

ORDER

The *pro se* plaintiff, an inmate incarcerated at the Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Terri Lynn Cannon, John Doe, and Jane Doe complaining that his constitutional rights have been violated due to an inaccurate time computation.  Plaintiff did not submit the required filing fee nor did he request to proceed *in forma pauperis* when filing his complaint.

The statute applicable to the granting by federal courts of *in forma pauperis* status to inmates in civil proceedings makes clear that the plaintiff is not entitled to proceed as a pauper in this case.  28 U.S.C. § 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

A review of the records of this Court reflects that the plaintiff has, on three or more prior occasions while incarcerated, brought actions or appeals in the federal court that have been dismissed as frivolous, malicious, or for failure to state a claim.[1]  Accordingly, because the

---

[1] Cases filed by the plaintiff that have been dismissed by the federal courts as frivolous, malicious, or for failure to state a claim include, but are not limited to, *Preston George Demouchet, Jr. v. Ronald Bonvillian, et al.,* Civil Action No. 96-7332 (M.D. La.), *Preston George Demouchet, Jr. v. Bernard E. Boudreaux, et al.,* Civil Action No. 98-1063 (W.D. La.), and *Preston George Demouchet, Jr. v. Richard L. Stalder, et al.*, Civil Action No. 99-0419 (W.D. La.).

plaintiff is barred from proceeding *in forma pauperis* in this case, [2] he is required to pay the full amount of the Court's filing fee. Therefore:

**IT IS ORDERED** that, within twenty-one (21) days from the date of this Order, the plaintiff pay $400.00, the full amount of the Court's filing fee. The filing fee must be paid in full in a single payment. No partial payments will be accepted. Failure to pay the Court's filing fee within 21 days shall result in the dismissal of the plaintiff's action without further notice from the Court.

Signed in Baton Rouge, Louisiana, on November 4, 2015.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court finds that the allegations of the plaintiff's Complaint do not fall within the exception to the statute.